**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7121**

_____

TROY X. MINTER,

Plaintiff - Appellant,

v.

HAROLD W. CLARKE, Director of VA D.O.C.; DAVID ROBINSON, Chief of Operations; JAMES M. SISK; MONTGOMERY TUCKER; RON ANGELONE; ADRIANNE BENNETT,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:19-cv-00660-AWA-RJK)

_____

Submitted: February 21, 2023                    Decided: February 24, 2023

_____

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Troy Xavier Minter, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy X. Minter appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Minter v. Clarke*, No. 2:19-cv-00660-AWA-RJK (E.D. Va. Sept. 12, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*